# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  14-**_____ |
| **v.** | : | **DATE FILED:**_____ |
| **SEAN VINCENT GLASSER** | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 2252(a)(1) (transportation of** |
| | : | **child pornography – 1 count)** |
| | | **18 U.S.C. § 2252(a)(2) (receipt of** |
| | : | **child pornography - 2 count)** |
| | | **18 U.S.C. § 2252(a)(4) (possession of** |
| | : | **child pornography - 1 count)** |
| | | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 14, 2013, in Berks County, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SEAN VINCENT GLASSER

knowingly transported a visual depiction using a facility of interstate and foreign commerce, that is, the Internet, which visual depiction showed a minor engaged in sexually explicit conduct and the producing of the visual depictions involved the use of minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 14, 2013, in Berks County, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SEAN VINCENT GLASSER

knowingly received visual depictions using a facility of interstate and foreign commerce, that is, the Internet, which visual depictions showed a minor engaged in sexually explicit conduct and the producing of those visual depictions involved the use of minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 1, 2013, in Berks County, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SEAN VINCENT GLASSER

knowingly received visual depictions using a facility of interstate and foreign commerce, that is, the Internet, which visual depictions showed a minor engaged in sexually explicit conduct and the producing of those visual depictions involved the use of minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 21, 2013, in Berks County, in the Eastern District of Pennsylvania, defendant

### SEAN VINCENT GLASSER

knowingly possessed a computer hard drive which contained visual depictions that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

4

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2252(a)(1), (2) and (4), set forth in this indictment, defendant

### SEAN VINCENT GLASSER

shall forfeit to the United States of America any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 18, United States Code, Sections 2252(a)(1), (2) and (4), as charged in this indictment, including, but not limited to: a HP Pavilion p-7-1074 desktop computer bearing serial number 4CE1170WR6.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**ZANE DAVID MEMEGER**
**United States Attorney**                First Assistant U.S. Attorney

5